**W. KEITH WYATT**, ESQ. (SBN 80859)
wkwyatt@imwlaw.com
**RICKEY IVIE, ESQ.** (SBN 76864)
rivie@imwlaw.com
**TIFFANY ROLLINS, ESQ.** (SBN 291793)
trollins@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel.   (213) 489-0028
Fax   (213) 489-0552

*Public Entity*
*Exempt from Filing Fee*

Attorneys for **Defendant COUNTY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA TOMPKINS BARNETT, individually, and as Successor in Interest of the Estate of JEFFREY BARNETT, deceased,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; ALEX VILLANUEVA; JONATHAN SHERIN, M.D., Ph.D; and DOES 1 through 10, inclusive<br><br>          Defendants. | Case No. 2:20-CV-02530-PA-AS<br><br>**DECLARATION OF TIFFANY ROLLINS IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**DATE:    June 15, 2020**<br>**TIME:    1:30 p.m.**<br>**PLACE:  Courtroom 9A**<br>**Honorable Percy Anderson**<br><br>[Complaint Filed: 3/17/2020] |

I, **TIFFANY ROLLINS**, declare as follows:

1. I am an attorney duly licensed to practice in California and in this District Court. Additionally, I am an associate of Ivie McNeill Wyatt Purcell & Diggs counsel of record for Defendant County of Los Angeles in this action.

2. I make this declaration in support of Defendant's Motion to Dismiss ("Motion").

3. On May 5, 2020 my secretary Christina Munoz electronically served Plaintiff's counsel Shane V. Hapuarachy and Mark Waecker a letter pursuant to Local Rule 7-3 in an attempt to meet and confer regarding the perceived deficiencies in Plaintiff's Complaint for Damages prior to the filing of this motion.

4. In the correspondence, I informed Plaintiff's counsel that the filing deadline for Defendant's Motion was May 15, 2020. That date was a typographical error. The filing deadline is May 13, 2020 per stipulation of the parties [Dkt. 14].

5. Nevertheless, I requested a response from Plaintiff's counsel by May 11, 2020. I did not receive a response to the meet and confer correspondence. A true and correct copy of the meet and confer correspondence and email from Christina Munoz to Plaintiff's counsel is attached hereto and as **Exhibit A** and incorporated within.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness I could competently testify to the matters as stated herein.

Executed this 13th day of May, 2020, in Los Angeles, California

               /s/ *Tiffany Rollins*
              **TIFFANY ROLLINS, Declarant**